# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:10cv565

| | | |
|---|---|---|
| **FLOYD LEE BROWN, by and through his Guardian Ad Litem, Anthony Giordano,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **ANSON COUNTY; ROBERT LUTHER POPLIN, JR., in his individual capacity; SHERIFF TOMMY ALLEN, in his individual and official capacities; SHERIFF JAMES SELLERS, in his individual and official capacities; JOHN and JANE DOES 1-10, in their individual capacities; and RICHARD and ROBERTA ROES 1-10, in their individual capacities,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Defendants Anson County's, Robert Poplin, Jr.'s, Tommy Allen's, and James Sellers's Partial Motion to Dismiss (#6). After such motion was filed on December 15, 2010, plaintiff filed its Amended Complaint(#18) on May 5, 2011. By amendment, the Partial Motion to Dismiss (#6) is moot as a matter of law. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) ("[t]he general rule ...is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect); Taylor v. Abate, 1995 WL 362488, *2 (E.D.N.Y.1995)[1] ("Defendants' motion to dismiss is addressed solely to the original complaint···· Consequently, upon the filing of the amended complaint, their motion is mooted and, therefore, denied."); In re Colonial Ltd.

---

[1]     Due to the limits of ECF, copies of unpublished decisions cited in this Order are incorporated into the court record through reference to the Westlaw citation.

Partnership Litig., 854 F.Supp. 64, 80 (D.Conn.1994) (noting where "a plaintiff amends its complaint while a motion to dismiss is pending" the court may "deny[ ] the motion as moot"); Rathke v. HCA Management Co., Inc., 1989 WL 161431, at *1 n. 1 (D.Kan.1989) (holding that "motion to dismiss ⋯ became moot when plaintiff filed an amended complaint"); Gresham v. Waffle House, Inc., 586 F.Supp. 1442, 1444 n. 1 (N.D.Ga.1984) (same). The motion will be denied without prejudice as moot.

## ORDER

**IT IS, THEREFORE, ORDERED** that the moving defendants' Partial Motion to Dismiss (#6) is **DENIED** without prejudice as moot.

Signed: May 24, 2011

Max O. Cogburn Jr.
United States District Judge