## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:10 CV 565-MOC-DSC

| | | |
|---|---|---|
| **FLOYD LEE BROWN, by and through his Guardian Ad Litem, Anthony Giordano,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | |
| **ROBERT LUTHER POPLIN, JR., in his individual capacity, SHERIFF TOMMY ALLEN, in his individual and official capacities, SHERIFF JAMES SELLERS, in his individual and official capacities, JOHN and JANE DOES 1-10, in their individual capacities, and RICHARD and ROBERTA ROES 1-10, in their individual capacities,** | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) ) | |

FOR GOOD CAUSE SHOWN, this COURT GRANTS the Parties' consent Motion and

ORDERS that the motions and discovery deadlines set forth in the pretrial scheduling Order be

**STAYED** until January 31, 2013.

 **SO ORDERED**. Signed: October 25, 2012

_____
David S. Cayer
United States Magistrate Judge