IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No: 3:10-CV-00565-MOC-DSC

| | |
|---|---|
| **FLOYD LEE BROWN**, by and through his Guardian Ad Litem, Anthony Giordano, <br><br> **Plaintiff,** <br><br> v. <br><br> **ROBERT LUTHER POPLIN, JR.**, in his individual capacity, **SHERIFF TOMMY ALLEN**, in his individual and official capacities, **SHERIFF JAMES SELLERS**, in his individual and official capacities, **JOHN AND JANE DOES 1-10**, in their individual capacities, and **RICHARD and ROBERTA ROES 1-10**, in their individual capacities, <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to file the forthcoming Settlement Agreement under seal. For good cause shown, the Motion is **GRANTED**. The Clerk is directed to file the Agreement under seal.

**SO ORDERED**.

Signed: December 6, 2012

David S. Cayer
United States Magistrate Judge