IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10 CV 565-MOC-DSC

| | |
|---|---|
| FLOYD LEE BROWN, by and through his Guardian Ad Litem, Anthony Giordano,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LUTHER POPLIN, JR., in his individual capacity, SHERIFF TOMMY ALLEN, in his individual and official capacities, SHERIFF JAMES SELLERS, in his individual and official capacities, JOHN and JANE DOES 1-10, in their individual capacities, and RICHARD and ROBERTA ROES 1-10, in their individual capacities,<br><br>Defendants. | **ORDER TO UNSEAL THE SETTLEMENT AGREEMENT** |

**THIS MATTER** is before the Court on a Consent Motion to unseal the settlement agreement contained in Document #54. For good cause shown, the Motion is **GRANTED**. The Clerk is directed to unseal Document #54.

**SO ORDERED.**

Signed: August 21, 2013

David S. Cayer
United States Magistrate Judge